UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| VRBANCIC, MICHAEL J | ) | CASE NO. 04 B 22103 |
| VRBANCIC, DIANE M | ) | |
| Debtor(s) | ) | HON. JOHN D. SCHWARTZ |

Social Security/Employer Tax ID Number:   XXX-XX-8894
XXX-XX-2893

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   219 SOUTH DEARBORN STREET, COURTOOM 719, CHICAGO, IL  60604

   On: January 11, 2007                Time:  10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $45,735.17 |
   | Disbursements | $1,273.84 |
   | Net Cash Available for Distribution | $44,461.33 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Phillip D. Levey<br>Trustee | $0.00 | $5,201.52 | $65.49 |
   | Phillip D. Levey<br>Attorney For Trustee | $0.00 | $10,855.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: N/A

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

    Allowed priority claims are: N/A

7. Claims of general unsecured creditors totaling $116,457.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 24.33%.

    Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | NORDSTROM FSB | $951.54 | $231.55 |
| 3 | CHASE MANHATTAN BANK USA NA | $8,478.52 | $2,063.20 |
| 4 | BENEFICIAL CREDIT SERVICES | $7,027.56 | $1,710.12 |
| 5 | MID-AMERICA ASSET MANAGEMENT | $100,000.00 | $24,334.45 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| CHECKING ACCOUNT | $300.00 |
| SAVINGS ACCOUNT | $50.00 |
| HOUSEHOLD FURNISHINGS | $1,200.00 |
| ANTIQUES & PICTURES | $800.00 |
| WEARING APPAREL | $100.00 |
| LIFE INSURANCE | $1,000.00 |
| IRA | $60,000.00 |
| DRAPERIES, INC. | $0.00 |
| MV CORP. | $0.00 |
| 1997 ALERO AUTOMOBILE | $2,000.00 |
| COMPUTER | $500.00 |
| 405 ASBURY, LEMONT, IL | $345,000.00 |

Dated: December 5, 2006                        For the Court,

                                                By:   KENNETH S GARDNER
                                                      Kenneth S. Gardner
                                                      Clerk of the U.S. Bankruptcy Court
                                                      219 S. Dearborn Street; 7th Floor
                                                      Chicago, IL 60604

| | |
|---|---|
| Trustee: | Phillip D. Levey |
| Address: | 2722 North Racine Avenue |
| | Chicago, IL  60614 |
| Phone No.: | (773) 348-9682 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

2103    Doc 48    Filed 12/05/06    Entered 12/07/06 23:40:42    Desc Imaged
Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7               Page 1 of 1             Date Rcvd: Dec 05, 2006
Case: 04-22103                Form ID: pdf002           Total Served: 20

The following entities were served by first class mail on Dec 07, 2006.
db         +Michael J Vrbancic,    405 Ashbury Lane,    Lemont, IL 60439-8420
jdb        +Diane M Vrbancic,    405 Ashbury Lane,    Lemont, IL 60439-8420
aty        +Berton J Maley,    15W030 North Frontage Road,    Suite 100,    Burr Ridge, IL 60527-6921
aty        +Lester A Ottenheimer, III,    Ottenheimer Teplinsky & Rosenbloom, LLC,    750 Lake Cook Rd - Ste 140,
             Buffalo Grove, IL 60089-2071
aty        +Nathaniel J Pomrenze,    Robbins, Salomon & Patt LTD,    25 E Washington St  Ste 1000,
             Chicago, IL 60602-1796
aty        +Phillip D Levey,    2722 North Racine Avenue,    Chicago, IL 60614-1206
tr         +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
8165209    +Beneficial,    P.O. Box 17574,    Baltimore, MD 21297-1574
8779105    +Beneficial Credit Services,    HSBC,    P O Box 60108,    City of Industry, CA 91716-0108
8165211     Chase,    P.O. Box 52108,    Phoenix, AZ 85072-2108
8165213    +Chase Manhattan,    P.O. Box 8300016,    Baltimore, MD 21283-0001
8653382    +Chase Manhattan Bank USA NA,    P O Box 52176,    Phoenix, AZ 85072-2176
8165215    +Downers Grove National Bank,    5140 S. Main St.,    Downers Grove, IL 60515-4610
8618299    +Larry Duxler,    Nathaniel J Pomrenze,    25 E Washington St  Ste 1000,    Chicago, IL 60602-1705
8165221     Marshall Fields,    P.O. Box 59231,    Minneapolis, MN 55459-0231
8165223    +Mid-America Asset Management,    c/o Robbins, Solomon & Pratt, Ltd.,    25 E. Washington, Suite 1000,
             Chicago, IL 60602-1705
8165227    +TCF Bank,    Consumer Lending Dept.,    585 E. Butterfield Road,    Lombard, IL 60148-5607
8165229    +Trans South,    P.O. Box 1437,    Minneapolis, MN 55440-1437

The following entities were served by electronic transmission on Dec 06, 2006.
8605181    +E-mail/PDF: bnc@nordstrom.com Dec 06 2006 02:33:02     Nordstrom FSB,    Attn Payment Processing,
             P O Box 13599,    Scottsdale, AZ 85267-3599
8165225    +E-mail/PDF: bnc@nordstrom.com Dec 06 2006 02:33:02     Nordstroms,    P.O. Box 79134,
             Phoenix, AZ 85062-9134
                                                                                               TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8165219      IRS
8165207      MV Interiors
aty*        +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
8165217*    +Downers Grove National Bank,    5140 S. Main Street,    Downers Grove, IL 60515-4610
                                                                                              TOTALS: 2, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 07, 2006**          **Signature:** *Joseph Speetjens*