IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| VRBANCIC, MICHAEL & DIANE | ) | CASE NO. 04 B 22103 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. JOHN D. SCHWARTZ |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO: THE HONORABLE JOHN D. SCHWARTZ
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 11-21-07

TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) |
| VRBANCIC, MICHAEL J<br>VRBANCIC, DIANE M | ) CASE NO. 04 B 22103 |
| | ) |
| Debtor(s) | ) HON. JOHN D. SCHWARTZ |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $5,201.52 |
| 2. | Trustee's expenses | $65.49 |
| | TOTAL | $5,267.01 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. | Chapter 7 Compensation | $10,855.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 2. | Accountant for the Trustee | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 3. | Other professionals | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: 11 JAN 2007

ENTER:

UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| VRBANCIC, MICHAEL J | ) | CASE NO. 04 B 22103 |
| VRBANCIC, DIANE M | ) | |
| Debtor(s) | ) | HON. JOHN D. SCHWARTZ |

**DISTRIBUTION REPORT**

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $16,122.01 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $28,467.06 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $44,589.07 |

**EXHIBIT D**

FINAL DISTRIBUTION

Case Number: 04-22103 JDS Page 1 Date: January 14, 2007

Debtor Name: VRBANCIC, MICHAEL J \ VRBANCIC, DIANE M

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | | $44,589.07 |
| **Claim Type -** | | | | | | | | |
| | Phillip D. Levey COMPENSATION | Admin Percent Paid: 100.00000 % | | $5,201.52 | $0.00 | $5,201.52 | $5,201.52 | $39,387.55 |
| | Phillip D. Levey EXPENSES | Admin Percent Paid: 100.00000 % | | $65.49 | $0.00 | $65.49 | $65.49 | $39,322.06 |
| | **Subtotal For Claim Type** | | | $5,267.01 | $0.00 | $5,267.01 | $5,267.01 | |
| **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | | |
| | PHILLIP D. LEVEY | Admin Percent Paid: 100.00000 % | 001 | $10,855.00 | $0.00 | $10,855.00 | $10,855.00 | $28,467.06 |
| | **Subtotal For Claim Type 3110-00** | | | $10,855.00 | $0.00 | $10,855.00 | $10,855.00 | |
| Subtotals For Class Administrative 100.00000 % | | | | $16,122.01 | $0.00 | $16,122.01 | $16,122.01 | |
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | |
| 000001 | Nordstrom FSB | Unsec Percent Paid: 24.44458 % | 070 | $951.54 | $0.00 | $951.54 | $232.60 | $28,234.46 |
| 000003 | Chase Manhattan Bank USA NA | Unsec Percent Paid: 24.44412 % | 070 | $8,478.52 | $0.00 | $8,478.52 | $2,072.50 | $26,161.96 |
| 000004 | Beneficial Credit Services | Unsec Percent Paid: 24.44419 % | 070 | $7,027.56 | $0.00 | $7,027.56 | $1,717.83 | $24,444.13 |
| 000005A | Mid-America Asset Management | Unsec Percent Paid: 24.44413 % | 070 | $100,000.00 | $0.00 | $100,000.00 | $24,444.13 | $0.00 |
| | **Subtotal For Claim Type 7100-00** | | | $116,457.62 | $0.00 | $116,457.62 | $28,467.06 | |
| Subtotals For Class Unsecured 24.44414 % | | | | $116,457.62 | $0.00 | $116,457.62 | $28,467.06 | |
| << Totals >> | | | | $132,579.63 | $0.00 | $132,579.63 | $44,589.07 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-22103 -JDS
Case Name: VRBANCIC, MICHAEL J
VRBANCIC, DIANE M
Taxpayer ID No: *******8676
For Period Ending: 11/21/07

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6717 Money Market
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/28/04 | 1 | SAFECO INSURANCE COMPANIES | RECOVERY RE SAAB AUTOMOBILE | 1129-000 | 14,661.60 | | 14,661.60 |
| 10/04/04 | 1 | SAFECO INSURANCE COMPANIES | RECOVERY RE SAAB AUTOMOBILE | 1129-000 | 9,774.40 | | 24,436.00 |
| 10/29/04 | 13 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 1.87 | | 24,437.87 |
| 11/30/04 | 13 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 2.01 | | 24,439.88 |
| 12/31/04 | 13 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 2.07 | | 24,441.95 |
| 01/31/05 | 13 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 2.08 | | 24,444.03 |
| 02/07/05 | 14 | DIANE & MICHAEL VRBANCIC | SETTLEMENT | 1241-000 | 20,800.00 | | 45,244.03 |
| 02/28/05 | 13 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 7.39 | | 45,251.42 |
| 03/31/05 | 13 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 9.61 | | 45,261.03 |
| 04/27/05 | 000101 | International Sureties, Ltd.<br>210 Barone Street<br>Suite 1700<br>New Orleans, LA 70112 | TRUSTEE'S BOND | 2300-000 | | 36.80 | 45,224.23 |
| 04/29/05 | 13 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 9.30 | | 45,233.53 |
| 05/31/05 | 13 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 9.61 | | 45,243.14 |
| 06/30/05 | 13 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 9.30 | | 45,252.44 |
| 07/29/05 | 13 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 9.60 | | 45,262.04 |
| 08/31/05 | 13 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 23.07 | | 45,285.11 |
| 09/30/05 | 13 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 22.33 | | 45,307.44 |
| 10/31/05 | 13 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 23.09 | | 45,330.53 |
| 11/30/05 | 13 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 22.35 | | 45,352.88 |
| 12/30/05 | 13 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 23.11 | | 45,375.99 |
| 01/31/06 | 13 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 23.13 | | 45,399.12 |
| 02/28/06 | 13 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 32.34 | | 45,431.46 |
| 03/31/06 | 13 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 38.59 | | 45,470.05 |
| 04/28/06 | 13 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 37.37 | | 45,507.42 |
| * 05/29/06 | 000102 | International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA 70130 | | 2300-003 | | 34.13 | 45,473.29 |

Page Subtotals 45,544.22 70.93

Ver: 12.60b

LFORM24

FORM 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-22103 -JDS
Case Name: VRBANCIC, MICHAEL J
VRBANCIC, DIANE M
Taxpayer ID No: *******8676
For Period Ending: 11/21/07

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******6717 Money Market
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 05/29/06 | 000102 | International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA 70130 | VOID<br>Wrong Amount. | 2300-003 | | -34.13 | 45,507.42 |
| 05/30/06 | 000103 | International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA 70130 | Bond Premium | 2300-000 | | 37.04 | 45,470.38 |
| 05/31/06 | 13 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 38.65 | | 45,509.03 |
| 06/30/06 | 13 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 37.41 | | 45,546.44 |
| 07/31/06 | 13 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 38.68 | | 45,585.12 |
| 08/31/06 | 13 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 38.72 | | 45,623.84 |
| 09/29/06 | 13 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 37.49 | | 45,661.33 |
| 10/20/06 | 000104 | VRBANCIC, MICHAEL & DIANE | EXEMPTION RE 2003 SAAB | 8100-002 | | 1,200.00 | 44,461.33 |
| 10/31/06 | 13 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 38.79 | | 44,500.12 |
| 11/30/06 | 13 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 37.56 | | 44,537.68 |
| 12/29/06 | 13 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 37.96 | | 44,575.64 |
| 01/14/07 | 13 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 13.43 | | 44,589.07 |
| 01/14/07 | | Transfer to Acct #*******2067 | Final Posting Transfer | 9999-000 | | 44,589.07 | 0.00 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 45,862.91 | 45,862.91 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 44,589.07 | |
| Subtotal | 45,862.91 | 1,273.84 | |
| Less: Payments to Debtors | | 1,200.00 | |
| Net | 45,862.91 | 73.84 | |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 318.69 | 45,791.98 |

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 04-22103 -JDS
Case Name: VRBANCIC, MICHAEL J
VRBANCIC, DIANE M
Taxpayer ID No: *******8676
For Period Ending: 11/21/07

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******2067 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/14/07 | | Transfer from Acct #*******6717 | Transfer In From MMA Account | 9999-000 | 44,589.07 | | 44,589.07 |
| 01/28/07 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 5,201.52 | 39,387.55 |
| 01/28/07 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 65.49 | 39,322.06 |
| 01/28/07 | 000103 | PHILLIP D. LEVEY | | 3110-000 | | 10,855.00 | 28,467.06 |
| 01/28/07 | 000104 | Nordstrom FSB<br>Attn Payment Processing<br>P O Box 13599<br>Scottsdale, AZ 85267 | Claim 000001, Payment 24.44458% | 7100-900 | | 232.60 | 28,234.46 |
| * 01/28/07 | 000105 | Chase Manhattan Bank USA NA<br>P O Box 52176<br>Phoenix, AZ 85072 | Claim 000003, Payment 24.44412% | 7100-904 | | 2,072.50 | 26,161.96 |
| 01/28/07 | 000106 | Beneficial Credit Services<br>HSBC<br>P O Box 60108<br>City of Industry, CA 91716 | Claim 000004, Payment 24.44419% | 7100-000 | | 1,717.83 | 24,444.13 |
| 01/28/07 | 000107 | Mid-America Asset Management<br>c/o Robbins, Solomon & Pratt, Ltd.<br>25 E. Washington, Suite 1000<br>Chicago, IL 60602 | Claim 000005A, Payment 24.44413% | 7100-000 | | 24,444.13 | 0.00 |
| * 05/23/07 | 000105 | Chase Manhattan Bank USA NA<br>P O Box 52176<br>Phoenix, AZ 85072 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-904 | | -2,072.50 | 2,072.50 |
| 08/09/07 | 000108 | Clerk, U.S. Bankruptcy Court | Unclaimed Dividend | 7100-900 | | 2,072.50 | 0.00 |

Page Subtotals 44,589.07 44,589.07

Ver: 12.60b

LFORM24

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 04-22103 -JDS
Case Name: VRBANCIC, MICHAEL J
VRBANCIC, DIANE M
Taxpayer ID No: *******8676
For Period Ending: 11/21/07

Trustee Name: Phillip D. Levey
Bank Name: BANK OF AMERICA
Account Number / CD #: *******2067 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 44,589.07 | 44,589.07 | 0.00 |
| Less: Bank Transfers/CD's | 44,589.07 | 0.00 | |
| Subtotal | 0.00 | 44,589.07 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 44,589.07 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - ********6717 | 45,862.91 | 73.84 | 0.00 |
| Checking Account (Non-Interest Earn - ********2067 | 0.00 | 44,589.07 | 0.00 |
| | 45,862.91 | 44,662.91 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 12.60b

LFORM24